AO 440 (Rev. 05/00) Summons in a Civil Action



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

MAKAILA HARRIS

| | |
|---|---|
| | CASE NUMBER: 1:24-cv-05412 |
| V. | ASSIGNED JUDGE: Hon. Martha M. Pacold |
| LABORATORY CORPORATION OF AMERICA d/b/a LABCORP | DESIGNATED MAGISTRATE JUDGE: Hon. Jeffrey Cole |

TO: (Name and address of Defendant)

LABORATORY CORPORATION OF AMERICA
d/b/a LABCORP
c/o REGISTERED AGENT
ILLINOIS CORPORATION SERVICE COMPANY
801 ADLAI STEVENSON DRIVE
SPRINGFIELD, IL 62703-4261

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mohammed O. Badwan
Sulaiman Law Group, Ltd.
2500 South Highland Ave., Suite 200
Lombard, Illinois 60148

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK



July 2, 2024

(By) DEPUTY CLERK                                        DATE

SERVED

# Exhibit A

SERVED

# Exhibit B

ClientCaseID:                    75510              CaseReturnDate:   7/3/24

                                                   Affidavit of  A PRIVATE INVESTIGATOR

# UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

Case Number **1:24-CV-5412**

I, JOHN PENNELL

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND
LICENSED AS A PRIVATE DETECTIVE (LICENSE # 115.002074) UNDER THE PRIVATE DETECTIVE ACT OF 2004.

## CORPORATE SERVICE

THAT I SERVED THE WITHIN  SUMMONS & COMPLAINT
ON THE WITHIN NAMED  DEFENDANT  LABORATORY CORPORATION OF AMERICA
PERSON SERVED  TONYA PURNELL, AUTHORIZED AGENT
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON 7/3/24

That the sex, race and approximate age of the whom I left the  SUMMONS & COMPLAINT
are as follow:

Sex  FEMALE  Race  WHITE      Age   53     Height   5'3"      Build   130#        Hair   GRAY

LOCATION OF SERVICE   **801  ADLAI STEVENSON DR.
SPRINGFIELD, IL, 62703**

Date Of Service   7/3/24            Time of Service   3:30 PM

                                                   JOHN  PENNELL                        7/3/2024
                                                   A PRIVATE INVESTIGATOR
                                                   PRIVATE DECTECTIVE # 115.002074

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned
certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such
matters the undersigned certifies as aforesaid that he/she verily believes same to be true.