UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MAKAILA HARRIS, ) | |
| ) | |
| Plaintiff, ) | Case: 1:24-cv-05412 |
| ) | |
| v. ) | Hon. Martha Maria Pacold |
| ) | |
| LABORATORY CORPORATION OF ) | |
| AMERICA d/b/a LABCORP. ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S STATUS REPORT**

1. On June 27, 2024, Plaintiff filed the instant action against Laboratory Corporation of America d/b/a LABCORP ("Defendant") seeking redress for Defendant's discrimination on the basis of Plaintiff's disability, Defendant's failure to accommodate Plaintiff's disability, and Defendant's retaliation against Plaintiff for engaging in a protected activity under the ADA.

2. Defendant was served on July 3, 2024. [Dkt. 4]

3. Defendant's responsive pleading was due on or before July 24, 2024.

4. Defendant has yet to appear or submit a responsive pleading.

5. Plaintiff's counsel has had no communications with Defendant or Defendant's counsel.

6. Plaintiff intends on seeking an entry of Clerk's Default if Defendant does not appear by August 2, 2024.

Dated: July 26, 2024                          Respectfully submitted,

*/s/ Mohammed O. Badwan*
Mohammed O. Badwan
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
Phone: (630) 575-8180
mbadwan@sulaimanlaw.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 26th day of July, 2024, I caused a true and correct copy of the foregoing to be served via CM/ECF, electronic mail and/or U.S. Mail to the following:

LABORATORY CORPORATION OF AMERICA
d/b/a LABCORP
c/o Illinois Corporation Service Company, its Registered Agent
801 Adlai Stevenson Drive
Springfield, IL 62703-4261
*Defendant*

*/s/ Mohammed O. Badwan*
Mohammed O. Badwan